IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| T. WAYNE BIRDSONG,<br><br>    Plaintiff,<br><br>v.<br><br>W.M. JORDAN COMPANY, INC.,<br><br>    Defendant. | Civil Action No.: 4:20-cv-00149 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Mr. T. Wayne Birdsong, and Defendant, W.M. Jordan Company, Inc., that the above-captioned action, as set forth in Plaintiff's Complaint is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties have agreed that each shall bear their own attorney's fees and costs, and each party agrees to bear their own portion of the mediation costs.

Dated: January 8, 2021                              Respectfully Submitted,

**PLAINTIFF, T. WAYNE BIRDSONG**

By: _____/s/_____
Brandon T. Bybee  (VSB No. 92140)
William B Barteau (VSB No. 93381)
Counsel for Plaintiff
BRANDON T. BYBEE, P.L.C.
P.O. Box 9528
Norfolk, Virginia 23505
Telephone: (757) 568-0090
Facsimile: (866) 568-0090
brandon@bybeelegal.com
william@bybeelegal.com
*Counsel for Plaintiff*

**DEFENDANT, W.M. JORDAN COMPANY, INC.**

By:_____/s/_____
Kristina Vaquera
Jackson Lewis P.C.
500 E. Main Street
Suite 800
Norfolk, VA 23510
Tel: (757) 648-1448
kristina.vaquera@jacksonlewis.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2021, a copy of the foregoing was served by e-mail, facsimile, and through the CM/ECF online system upon Defendant, W.M. Jordan Company, Inc. by their counsel of record:

Kristina Vaquera
Milena Radovic
Jackson Lewis P.C.
500 E. Main Street
Suite 800
Norfolk, VA 23510
Tel:  (757) 648-1448
kristina.vaquera@jacksonlewis.com
milena.radovic@jacksonlewis.com
*Counsel for Defendant*

                                                               /s/
                                             Brandon T. Bybee